

FILED
APR 30 2003
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| END 70 CORPORATION | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV03- 3042 PA (SHSx)** |
| V. | |
| MERIDAN ONE TECHNOLOGIES | **NOTICE TO PARTIES OF ADR PILOT PROGRAM** |
| DEFENDANT(S). | |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

| 04/30/03 | E SAMBRA |
|---|---|
| Date | Deputy Clerk |

ENTERED ON ICMS
MAY - 5 2003



cc  ADR Program Coordinator

ADR-8 (01/03)            NOTICE TO PARTIES OF ADR PILOT PROGRAM