ORIGINAL

LODGED 2003 DEC 18

FILED
CLERK, U S. DISTRICT COURT

DEC 22 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOTE CHANGES MADE BY THE COURT

1 | Ronald S. Hodges - Bar No. 150586
2 | James C. Bastian, Jr. - Bar No. 175415
   | John Mark Jennings - Bar No. 192641
3 | **MARSHACK SHULMAN HODGES & BASTIAN LLP**
   | 26632 Towne Centre, Suite 300
4 | Foothill Ranch, California 92610-2808
   | Telephone: (949) 340-3400
5 | Facsimile: (949) 340-3000

6 | Attorneys for Plaintiff and Counter-Defendant, end70 Corporation, a California
7 | corporation and Third Party Defendants Damien Zamora, Ian Welsh and Jeffrey Rushton

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

12 | **END70 CORPORATION, a California corporation,**

Plaintiff,

vs.

**MERIDIAN ONE TECHNOLOGIES, INC., a Nevada corporation, SUCCEED CORPORATION, a Delaware corporation, and OMAR SAYED, an individual,**

Defendants.

Case No. CV 03-3042 PA (SHSx)

**STIPULATION OF THE PARTIES TO CONTINUE CERTAIN DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON**

[Declaration of John Mark Jennings in support thereof filed concurrently herewith.]

ENTERED ON ICMS
DEC 2 3 2003

27 | ///
28 | ///

MARSHACK SHULMAN HODGES & BASTIAN LLP
Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2517-001/Exp.56
G:\Wp\Cases\E-F\End70Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline.doc
STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES

1  **TO THE HONORABLE PERCY ANDERSON, UNITED STATES**

2  **DISTRICT COURT JUDGE:**

3      Plaintiff and Cross-Defendant, End70 Corporation, a California

4  corporation's; Third-Party Defendants Damien Zamora, Ian Welsh, and Jeff

5  Rushton; Defendant, Cross-Complainant and Third-Party Plaintiff Meridian One

6  Technologies, Inc., a Nevada Corporation and Succeed Corporation, a Delaware

7  Corporation; and Defendant Omar Sayed, an individual; and Cross-Defendants

8  Steven Moore and Direct FX, LLC (collectively, the **"Parties"**), hereby agree and

9  stipulate as follows:

**I.**

**RECITALS**

12      1.    Paragraph 1 of the Court's Scheduling Order entered September 16,

13  2003 (the "Scheduling Order"), requires that "the parties shall designate experts to

14  be called at trial and provide reports required by Fed. R. Civ. P. 26(a)(2)(B), not

15  later than eight weeks prior to the discovery cutoff date. Rebuttal expert witnesses

16  shall be designated and reports provided as required by Fed. R. Civ. P. 26(a)(2)(B),

17  not later than five weeks prior to the discovery cutoff date."

18      2.  The Scheduling Order established a discovery cut-off date of February

19  23, 2004.

20      3.  Accordingly, the Parties are required to designate experts and exchange

21  initial expert reports on December 29, 2004.

22      4.  There is a pretrial conference scheduled in this matter for April 2, 2004.

23      5.  The trial date in this matter is scheduled for May 4, 2004.

24      6.  The issues for which expert testimony is required involve voluminous,

25  complicated documents much of which is stored electronically necessitating the

26  removal of data from the Parties respective computer systems. The Parties have

27  exchanged discovery requests to which each Party will reply by, inter alia,

28  producing documents. This information must be reviewed by the experts in

MARSHACK SHULMAN
HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2517-001/Exp.56
G:\Wp\Cases\E-F\End70Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline.doc

**STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES**

1    preparation for their reports. Absent this extension, the respective experts would be

2    able to provide only qualified opinions. Given the timing of these discovery

3    responses and the intervening December holidays, additional time would promote

4    more detailed reports from the respective experts and facilitate the exchange of

5    information between the Parties and the Court.

6          7.  The Court's docket reflects that the Parties have not made any prior

7    requests for extensions or continuances of any dates in this matter.

8    **II.**

9    **STIPULATION**

10         WHEREFORE, the Parties, through their respective counsel of record, in

11   consideration of the promises, the mutual obligations and undertakings set forth

12   hereunder, and other good and valuable consideration, the receipt and sufficiency

13   of which are hereby acknowledged by the Parties, hereby agree and stipulate as

14   follows:

15         1. The Parties will designate the identity of their respective experts on

16   December 29, 2003 as scheduled.

17         2. Initial expert reports will be exchanged on January 27, 2004.

18         3. Rebuttal expert reports will be exchanged on February 26, 2004.

19         4. The deadline for responding to all outstanding discovery will be extended

20   by two weeks from the date of the entry of a protective order by the Court

21   regarding the content thereof.  A proposed protective order will be submitted to the

22   Court by stipulation of the Parties under separate cover. *A protective order*

23   /// *has been entered by this court. A copy of the*

24   /// *protective order is attached.*

25   ///

26

27   IT IS SO ORDERED

Dated 12/19/03

28   _____
     United States District Judge

2517-001/Exp.56
G:\Wp\Cases\E-F\En:170Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline.doc

**STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES**

1    IT IS SO STIPULATED:

2
                                        MARSHACK SHULMAN HODGES &
3                                       BASTIAN LLP

4

5
     Dated: December 17, 2003      By:
6                                       Ronald S. Hodges
                                        John Mark Jennings
7                                       Attorneys for Plaintiff and Counter-Defendant,
                                        end70 Corporation, a California corporation
8                                       and Third Party Defendants Damien Zamora,
                                        Ian Welsh and Jeffrey Rushton
9

10

11                                      BEUS GILBERT PLLC

12                                                  SEE FACSIMILE
     Dated: December 15, 2003      By: _____SIGNATURE ATTACHED_____
13                                      Richard R. Thomas
                                        Thomas A. Connelly
14                                      Attorneys for Defendant, Cross-Complainant
                                        and Third-Party Plaintiff Meridian One
15                                      Technologies, Inc., a Nevada corporation; and
16                                      Defendants Succeed Corporation, a Delaware
                                        corporation; and Omar Sayed
17

18

19                                      RUSS, AUGUST & KABAT

20

21                                                  SEE FACSIMILE
                                                  SIGNATURE ATTACHED
22   Dated: December 15, 2003      By: _____
                                        Larry Russ
23                                      Judith Meadow
24                                      12424 Wilshire Boulevard, Suite 1200
     IT IS SO ORDERED                   Los Angeles, CA 90049
25   Dated                              Attorneys for Third-Party Defendants Steven
26                                      Moore and Direct FX, LLC

27   United States District Judge

28

MARSHACK SHULMAN
HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2517-001/Exp.56
G:\Wp\Cases\E-F\End70Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline.doc
STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES

Received at: 1:24PM, 12/17/2003

DEC-17-03   14:21   FROM-Beus Gilbert PLLC, Attorneys at Law        480 428 9100        T-921   P.002/002   F-001

1 | IT IS SO STIPULATED:

2

3

4

5    Dated: December 17, 2003

6

7

8

9

10

11

12    Dated: December 17, 2003

13

14

15

16

17

18

19

20

21

22    Dated: December 15, 2003

23

24

25

26

27

28

**MARSHACK SHULMAN HODGES & BASTIAN LLP**

By: _____

Ronald S. Hodges
John Mark Jennings
Attorneys for Plaintiff and Counter-Defendant, end70 Corporation, a California corporation and Third Party Defendants Damien Zamora, Ian Welsh and Jeffrey Rushton

**BEUS GILBERT PLLC**

By: _____

Richard R. Thomas
Thomas A. Connelly
Attorneys for Defendant, Cross-Complainant and Third-Party Plaintiff Meridian One Technologies, Inc., a Nevada corporation; and Defendants Succeed Corporation, a Delaware corporation; and Omar Sayed

**RUSS, AUGUST & KABAT**

By: _____

Larry Russ
Judith Meadow
12424 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90049
Attorneys for Third-Party Defendants Steven Moore and Direct FX, LLC

2617-001/Exp.58
M:\WTSRV\Profiles\10261\Local Settings\Temporary Internet Files\OLK38\Stip to Continue Discovery Deadline.doc

STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES

Received at: 4:37PM, 12/16/2003

DEC. 16. 2003  4:34PM    RUSS AUGUST&KABAT                    NO. 0880   P. 2

1 | IT IS SO STIPULATED:

2

3                        MARSHACK SHULMAN HODGES &
                         BASTIAN LLP

4

5   Dated: December 16, 2003    By:

6                               Ronald S. Hodges
                                John Mark Jennings
7                               Attorneys for Plaintiff and Counter-Defendant,
                                end70 Corporation, a California corporation
8                               and Third Party Defendants Damien Zamora,
                                Ian Welsh and Jeffrey Rushton
9

10

11                       BEUS GILBERT PLLC

12  Dated: December 15, 2003    By: _____

13                               Richard R. Thomas
                                 Thomas A. Connelly
14                               Attorneys for Defendant , Cross-Complainant
                                 and Third-Party Plaintiff Meridian One
15                               Technologies, Inc., a Nevada corporation; and
16                               Defendants Succeed Corporation, a Delaware
                                 corporation; and Omar Sayed
17

18

19                       RUSS, AUGUST & KABAT

20

21

22  Dated: December 15, 2003    By: _Judith L Meadow_
                                 Larry Russ
23                               Judith Meadow
                                 12424 Wilshire Boulevard, Suite 1200
24                               Los Angeles, CA 90049
25                               Attorneys for Third-Party Defendants Steven
                                 Moore and Direct FX, LLC
26

27

28

MARSHACK SHULMAN
ODGES & BASTIAN LLP
6632 Towne Centre Drive
Suite 300

2517-001/Exp.58
Judy's HD:Documents:QuickMail Pro Date-Attachments:Stip to Continue D-114053539B.Stip to Continue Discovery Des

STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES

## ORDER

**IT IS SO ORDERED.**

Dated this \_\_\_ day of December, 2003

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

SCANNED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARSHACK SHULMAN
HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2517-001/Exp.56
G:\Wp\Cases\E-F\End70Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline.doc

**STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610.

On December 17, 2003, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:   **STIPULATION OF THE PARTIES TO CONTINUE CERTAIN DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON**

SERVED UPON:   SEE THE ATTACHED SERVICE LIST

[XX] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of Marshack Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ] (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of Marshack Shulman Hodges & Bastian LLP for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery or for overnight delivery by Express Mail via the United States Postal Service.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by ASAP Corporate Services, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier shall be filed upon receipt from ASAP Corporate Services, Inc.

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on December 17, 2003, at Foothill Ranch, California.

_____
Evelyn J. Swindell

MARSHACK SHULMAN
HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2517-001/Exp.56
G:\Wp\Cases\E-F\End70Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline doc

**STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES**

## SERVICE LIST

Richard R. Thomas
Thomas A. Connelly
Monica Griblin
BEUS GILBERT PLLC
4800 N. Scottsdale Rd., Ste. 6000
Scottsdale, AZ 85251
(480) 429-3100 FAX

William C. Bollard
JULANDER, BROWN & BOLLARD
2 Park Plaza, Suite 450
Irvine, CA 92614
(949) 477-6355 FAX

Larry C. Russ, Esq.
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90025
(310) 826-6991

2517-001/Exp 56
G:\Wp\Cases\E-F\End70Corp\Meridian One Technologies\Disc\Stip to Continue Discovery Deadline.doc

**STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES**